UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENATO RIBEIRO DOS SANTOS,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.,*<br><br>Respondents. | No. 26-cv-13368-PBS |

**STATUS REPORT**

Pursuant to the Court's Order dated August 25, 2026 (Doc. No.: 14), counsel for Respondents communicated with Respondents and based on those communications has ascertained that there are no records to show that an asylum application is pending. Furthermore, Petitioner has not claimed a fear of returning to his home country to trigger a credible fear interview (see Ex. 1: Notice and Order of Expedited Removal).

Dated: August 26, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Rayford A. Farquhar*

RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: Rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 26, 2026

By: *<u>/s/ Rayford A. Farquhar</u>*
RAYFORD A. FARQUHAR
Assistant United States Attorney